# IN THE SUPREME COURT OF THE STATE OF NEVADA

BENNIE HAMILTON,
Appellant,
vs.
1209 VILLAGE WALK TRUST, LLC;
AND TITAN REAL ESTATE AND
INVESTMENT, LLC,
Respondents.

No. 75550

**FILED**

JUN 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying an appeal from a justice court decision and remanding to the justice court. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

Our review of this appeal reveals a jurisdictional defect. Appellant's case arose in the justice court. The district court has final appellate jurisdiction over a case arising in the justice court. Nev. Const. art. 6, § 6; *Waugh v. Casazza*, 85 Nev. 520, 458 P.2d 359 (1969). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Richard Scotti, District Judge
Bennie Hamilton
HOA Lawyers Group, LLC
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

18-22010